IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEWAINE NICHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3113 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's application and affidavit to proceed in forma pauperis in his appeal pursuant to 42 U.S.C. § 405(g) from the Social Security Administration's denial of his request for disability benefits. Filing No. 2. The court has carefully reviewed the motion and affidavit and finds the motion should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis in this case, Filing No. 2, is granted.

DATED this 9th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge