IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEWAINE NICHOLS,            ) | |
| ) | Case No. 4:09CV3113 |
| Plaintiff,        ) | |
| ) | |
| v.                                                ) | ORDER |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant.    ) | |

This matter is before the Court on defendant's motion for a second extension of time to file its brief until December 28, 2009.  Filing No. 18.  Plaintiff has no objection to this extension.  The Court finds that the motion should be granted, but no further extensions will be permitted absent a showing of good cause.

THEREFORE, IT IS ORDERED THAT defendant's motion for extension of time to file a brief, Filing No. 18, is granted until December 28, 2009.

DATED this 30th day of November, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge